**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Scott Poulos** | Social Security number or ITIN   xxx–xx–1998 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **7**   **6/28/19** |
| Case number: | **19–18395** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Scott Poulos | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1243 Diane Ln<br>Elk Grove Village, IL 60007 | | |
| 4. | **Debtor's attorney**<br>Name and address | Michael Fabinski<br>MSF Law<br>18W140 Butterfield Road, Suite 1500<br>Oakbrook Terrace, IL 60181 | | Contact phone (630) 726–4609<br>Email:  fabinski@msflaw.org |
| 5. | **Bankruptcy trustee**<br>Name and address | N. Neville Reid<br>Fox, Swibel, Levin & Carroll, LLP<br>200 W. Madison Street<br>Suite 3000<br>Chicago, IL 60606 | | Contact phone 312–224–1245<br>Email: nreid@foxswibel.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 7/1/19 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 30, 2019 at 12:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/30/19** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 19-18395-JBS
Scott Poulos                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: carmstead          Page 1 of 2          Date Rcvd: Jul 01, 2019
                              Form ID: 309A            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db            +Scott Poulos,   1243 Diane Ln,   Elk Grove Village, IL 60007-3056
27969710      +Ars Account Resolution,   1643 Harrison Pkwy Ste 1,   Sunrise, FL 33323-2857
27969711      +Assc Bnk Wi,   200 N Adams St,   Green Bay, WI 54301-5142
27969712      +Atg Credit,   1700 W Cortland St Ste 2,   Chicago, IL 60622-1131
27969713      +Bankruptcy Notices,   One Lincoln Center,   18W140 Butterfield Road, Suite 1500,
                Oakbrook Terrace, IL 60181-4854
27969717      +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
27969722      +First Tennessee Bank,   Po Box 15003,   Knoxville, TN 37901-5003
27969723      +Il Dept Of Healthcare,   509 South 6th Street,   Springfield, IL 62701-1809
27969732      +US Trustee's Office, VIA ECF,   219 S. Dearborn Street,   Suite 800,   Chicago, IL 60604-1702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: fabinski@msflaw.org Jul 02 2019 02:57:41    Michael Fabinski,   MSF Law,
                18W140 Butterfield Road, Suite 1500,   Oakbrook Terrace, IL  60181
tr            +EDI: QNNREID.COM Jul 02 2019 06:18:00    N. Neville Reid,   Fox, Swibel, Levin & Carroll, LLP,
                200 W. Madison Street,   Suite 3000,   Chicago, IL 60606-3417
27969715       EDI: CAPITALONE.COM Jul 02 2019 06:18:00    Capital One,   15000 Capital One Dr,
                Richmond, VA 23238
27969714      +EDI: CAPITALONE.COM Jul 02 2019 06:18:00    Cap1/mnrds,   26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3440
27969716      +EDI: CHASE.COM Jul 02 2019 06:18:00    Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
27969718      +EDI: CITICORP.COM Jul 02 2019 06:18:00    Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
27969719      +EDI: RCSFNBMARIN.COM Jul 02 2019 06:18:00    Credit One Bank Na,   Po Box 98875,
                Las Vegas, NV 89193-8875
27969733       EDI: RCSDELL.COM Jul 02 2019 06:18:00    Webbank/dfs,   1 Dell Way,   Round Rock, TX 78682
27969724       E-mail/Text: rev.bankruptcy@illinois.gov Jul 02 2019 02:59:30
                Illinois Department of Revenue,   Bankruptcy Section, Level 7-400,   100 W. Randolph Street,
                Chicago, IL 60601
27969725       E-mail/Text: rev.bankruptcy@illinois.gov Jul 02 2019 02:59:30
                Illinois Department of Revenue,   PO Box 64338,   Chicago, IL 60601
27969726       EDI: IRS.COM Jul 02 2019 06:18:00    Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA 19101-7346
27969727      +EDI: MID8.COM Jul 02 2019 06:18:00    Midland Funding,   2365 Northside Dr Ste 30,
                San Diego, CA 92108-2709
27969728      +EDI: MID8.COM Jul 02 2019 06:18:00    Midland Funding, LLC,   PO Box 2011,
                Warren, MI 48090-2011
27969729       EDI: PRA.COM Jul 02 2019 06:18:00    Portfolio Recovery Associates,   PO Box 41067,
                Norfolk, VA 23541
27969730      +E-mail/Text: bkteam@selenefinance.com Jul 02 2019 02:58:24    Selene Finance,
                9990 Richond Avenue,   Suite 400 South,   Houston, TX 77042-4546
27969731      +EDI: WTRRNBANK.COM Jul 02 2019 06:18:00    Td Bank Usa/targetcred,   Po Box 673,
                Minneapolis, MN 55440-0673
                                                                                              TOTAL: 16

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27969720     ##+Elizabeth Altman,   324 Oak Meadow Ct,   Apt B2,   Schaumburg, IL 60193-2276
27969721     ##+First Tennessee Bank,   300 Court Street,   Memphis, TN 38103-2314
                                                                                TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                        Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: carmstead              Page 2 of 2                   Date Rcvd: Jul 01, 2019
                               Form ID: 309A                Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:

```
          Michael  Fabinski    on behalf of Debtor 1 Scott  Poulos fabinski@msflaw.org,
           ecf.msflaw@gmail.com;R40485@notify.bestcase.com
          N. Neville Reid    nreid@foxswibel.com,  nreid@ecf.axosfs.com;bkdocket@foxswibel.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```